IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>*v.*<br><br>JOSHUA CARTER | Criminal Action No.<br><br>1:22-CR-389-ELR-JEM |

**Government's Notice of Filing of Exhibits in Aid of Sentencing**

The United States of America, by Ryan K. Buchanan, United States Attorney, and Theodore S. Hertzberg, Assistant United States Attorney for the Northern District of Georgia, files this Notice for the purpose of submitting to the Court documents it intends to introduce during Defendant Joshua Carter's June 5, 2024 sentencing. The attached documents will support the Government's request that the Presentence Investigation Report ('PSR") be amended to correct the omission of Defendant's 2017 arrest and subsequent 2018 misdemeanor conviction, Defendant's 2015 hostile encounter with law enforcement, and three recoveries of Defendant's straw purchased firearms in Canada and Washington, D.C. between May 2023 and November 2023.[1]

---

[1] On May 21, 2024, Defendant's attorneys requested and received a two-week continuance of Defendant's sentencing. (Doc. 118). The basis for the request, as communicated to the Court's courtroom deputy clerk, was to provide defense counsel sufficient time to file a revised or supplemental sentencing memorandum. The Government intended to respond in writing to that revised/supplemental memorandum, but Defendant has yet to file any such memorandum. Accordingly, the exhibits the Government would have attached to its response accompany this submission instead.

The exhibits attached hereto are as follows:

- Ex. A – DeKalb County Police Department Report #17-042925
- Ex. B – Disposition, Accusation, and Plea Questionnaire in DeKalb County State Court Case #17C08389
- Ex. C – DeKalb County Police Department Report #15-068750
- Ex. D – Edmonton (Canada) Police Service Report #CA22481392 File Summary
- Ex. E – Metropolitan Police Department (Washington, D.C.) Arrest Report #23140150
- Ex. F – Toronto (Canada) Police Service Report #2023-1030558 Narrative

Respectfully submitted,

RYAN K. BUCHANAN
*United States Attorney*

/s/THEODORE S. HERTZBERG
*Assistant United States Attorney*
Georgia Bar No. 718163
theodore.hertzberg@usdoj.gov