# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:22-cr-00389-ELR-JEM
## USA v. Demar et al
## Honorable Ross, Eleanor L.

Minute Sheet for proceedings held In Open Court on 06/05/2024.

| | |
|---|---|
| TIME COURT COMMENCED: 4:05 P.M. | COURT REPORTER: Elizabeth Cohn |
| TIME COURT CONCLUDED: 5:15 P.M. | CSO/DUSM: 2 CSOs |
| TIME IN COURT: 1:10 | USPO: Maria Ridley |
| OFFICE LOCATION: Atlanta | DEPUTY CLERK: Michelle Beck |

| | |
|---|---|
| DEFENDANT(S): | [2] Joshua Carter Present at proceedings |
| ATTORNEY(S) PRESENT: | Keith Adams representing Joshua Carter<br>Theodore Hertzberg representing USA<br>Sanford Wallack representing Joshua Carter |
| PROCEEDING CATEGORY: | Sentencing Hearing (Sentencing Hearing Non-evidentiary); |
| MINUTE TEXT: | Court called to order. Also present during the hearing were PO Maria Ridley and ATF SA Dixon. Court adopted the calculations and factual findings. Court and counsel discussed the pre-sentence report, as well as reasonable sentence. Defense witness, Lamont Carter (father of the defendant), provided character testimony. Court provided justification for the sentence imposed. Defendant was sentenced to a total of THIRTY-SIX (36) MONTHS of incarceration; two (2) YEARS of supervised release; $100 special assessment, and additional requirements (see J&C for details). Limited appellate rights were given. Defendant is on bond and will be allowed to voluntarily surrender. Hearing concluded. |
| HEARING STATUS: | Hearing Concluded |